# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| STEVE R. ROJAS and ANDREA N. ROJAS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOSCH SOLAR ENERGY CORPORATION,<br><br>Defendant. | Case No. 18-cv-05841-BLF<br><br>**ORDER RE DEFENDANT'S MOTION TO STRIKE AND BRIEFING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>[Re: ECF 186] |

Plaintiffs have filed a Motion for Class Certification (ECF 165), which is set for hearing on October 28, 2021. Defendant's response is due on August 20, 2021.

On August 19, 2021, Defendant filed a Motion to Strike (ECF 186) portions of Plaintiffs' Motion for Class Certification. The Court considers the Motion to Strike to be argument in opposition to the Motion for Class Certification and therefore it will count the 16 pages of the Motion to Strike against Defendant's 25-page limit for opposition to the Motion for Class Certification. Defendant may file no more than 9 additional pages in opposition to the Motion for Class Certification. Alternatively, Defendant may withdraw the Motion to Strike and include the arguments made therein in a single 25-page brief in opposition to the Motion for Class Certification.

IT IS SO ORDERED.

Dated: August 20, 2021

_____
BETH LABSON FREEMAN
United States District Judge