MATTHEW G. BALL (SBN 208881)
matthew.ball@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone: +1 415 249 1014
Facsimile: +1 415 882 8220

JOHN W. ROTUNNO (*pro hac vice*)
john.rotunno@klgates.com
JOSEPH C. WYLIE II (*pro hac vice*)
joseph.wylie@klgates.com
K&L GATES LLP
70 West Madison Street, Suite 3300
Chicago, Illinois 60602
Telephone: +1 312 372 1121
Facsimile: +1 312 345 9976

Attorneys for Defendant
BOSCH SOLAR ENERGY
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE R. ROJAS and ANDREA N. ROJAS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BOSCH SOLAR ENERGY CORPORATION; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 5:18-cv-05841-BLF<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANT BOSCH SOLAR ENERGY CORPORATION'S MOTION TO STRIKE**<br><br>Date:      October 28, 2021<br>Time:     9:00 A.M.<br>Court:    Courtroom 3<br>             280 South 1st Street, 5th Floor<br>             San Jose, California 95113<br><br>**The Hon. Judge Beth Labson Freeman** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that in light of the Court's Order Re Defendant's Motion to Strike and Briefing on Plaintiffs' Motion for Class Certification issued on August 20, 2021 (ECF No. 187), Defendant BOSCH SOLAR ENERGY CORPORATION ("Defendant") hereby withdraws its Motion to Strike (ECF No. 186) and the declaration, exhibits, and proposed order filed in support of Defendant's Motion to Strike (ECF Nos. 186-1 to 186-4).

DATED: August 20, 2021                                    K&L GATES LLP

                                                          By: /s/ Matthew G. Ball
                                                                Matthew G. Ball

                                                          Attorneys for Defendant BOSCH SOLAR
                                                          ENERGY CORPORATION

# PROOF OF SERVICE

I am employed in the county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is K&L GATES LLP, Four Embarcadero Center, Suite 1200, San Francisco, CA 94111. On August 20, 2021, I served the document(s) described as:

**NOTICE OF WITHDRAWAL OF DEFENDANT BOSCH SOLAR ENERGY CORPORATION'S MOTION TO STRIKE**

together with an unsigned copy of this declaration on the interested parties in this action by delivering a true copy thereof to the parties addressed below as follows:

David Birka-White, Esq.
Birka-White Law Offices
Law Offices, 178 E Prospect Ave
Danville, CA 94526-3812
Telephone: (925) 362-9999
Facsimile: (925) 362-9970
Email: dbw@birka-white.com

Counsel for Plaintiffs Steve Rojas and Andrea Rojas

X   **BY ELECTRONIC SERVICE:** by transmitting a true copy of the foregoing document(s) to the e-mail addresses set forth above

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 20, 2021 at San Francisco, California.

Stephany McKnight