1  MATTHEW G. BALL (SBN 208881)
   matthew.ball@klgates.com
2  K&L GATES LLP
   Four Embarcadero Center, Suite 1200
3  San Francisco, California 94111
   Telephone: +1 415 249 1014
4  Facsimile: +1 415 882 8220

5  JOHN W. ROTUNNO (*pro hac vice*)
   john.rotunno@klgates.com
6  JOSEPH C. WYLIE II (*pro hac vice*)
   joseph.wylie@klgates.com
7  NICOLE C. MUELLER (*pro hac vice*)
   nicole.mueller@klgates.com
8  K&L GATES LLP
   70 West Madison Street, Suite 3300
9  Chicago, Illinois 60602
   Telephone: +1 312 372 1121
10 Facsimile: +1 312 345 9976

11 Attorneys for Defendant
   BOSCH SOLAR ENERGY
12 CORPORATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVE R. ROJAS and ANDREA N. ROJAS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BOSCH SOLAR ENERGY CORPORATION; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 5:18-cv-05841-BLF<br><br>**DECLARATION OF JOSEPH C. WYLIE IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**<br><br>**CLASS ACTION**<br><br>**The Hon. Judge Beth Labson Freeman** |

I, Joseph C. Wylie, declare and state as follows:

1. I am an attorney licensed to practice in the State of Illinois, and have been admitted *pro hac vice* to practice law in this action pending in the United States District Court for the Northern District of California. I am a partner in the law firm of K&L Gates LLP, and counsel of record for defendant Bosch Solar Energy Corporation in the above-captioned action.

2. I make this Declaration in support of Plaintiffs' Motion for Final Approval of Class Settlement. As to the following facts, I know them to be true of my own knowledge and, if called as a witness, could and would competently testify thereto.

## INSTALLER-DISTRIBUTOR SUBPOENAS

3. My office has diligently attempted to obtain the name and full contact information (including street address and email address) for the members of the class of plaintiffs in the above-captioned Lawsuit. In order to provide notice to the class members, we identified resellers, distributors, and/or installers of Bosch c-Si M 60 NA30119 solar panels (the "Bosch Solar Panels") and issued subpoenas seeking their identification of anyone to whom they sold or for whom they installed Bosch Solar Panels. The following is a complete list of the 13 installers to whom we served a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (the "Subpoena") and the number of Bosch Solar Panels we believe were sold, distributed, and/or installed by each:

    a. AMECO Solar LLC (14 Panels)

    b. Green Solar Technologies, Inc. (f/k/a "American Solar Solution, Inc.") (1,096 Panels)

    c. Citi Green, Inc. (14 Panels)

    d. PacificSky Solar, LLC (formerly ADR Electric, Inc.) (142 Panels)

    e. Solar Alliance of America, Inc. (358 Panels)

    f. TMAG Industries, Inc. (d/b/a Stellar Solar Electric) (102 Panels)

    g. Direct Power and Water Corporation ("DPW Electric") (414 Panels)

    h. DwellTek Solar, LLC (611 Panels)

    i. Esmay Electric, Inc. (42 Panels)

        j.        Shaw Solar & Energy Conservation LLC (28 Panels)

        k.        Solar Direct LLC (48 Panels)

        l.        The Tri-M Group, LLC (unknown)

        m.        Clean Power Construction LLC (503 Panels)

4.      Following receipt of the Subpoenas, the six following entities provided responses without threat of instituting litigation to compel compliance. Five of these entities produced the names and contact information of potential class members and representing 1,139 Bosch Solar Panels:

        a.        Citi Green, Inc.

        b.        Solar Alliance of America, Inc. These documents were obtained only after counsel for Bosch Solar traveled to San Diego, California and conducted a search for the documents contained in a storage locked owned by Solar Alliance of America, Inc.

        c.        DwellTek Solar, LLC.

        d.        PacificSky Solar, LLC (formerly ADR Electric, Inc.).

        e.        AMECO Solar LLC. Because of the time that has passed and the change in ownership of the company, AMECO Solar LLC could only locate documents identifying persons and/or entities for whom it made proposals for sale of Bosch Solar Panels and believed that this was an over-inclusive list of persons and/or entities who actually received Bosch Solar Panels. Notice was provided to all of the persons and/or entities identified.

        f.        Solar Direct LLC. Solar Direct LLC responded to the Subpoena and stated that it conducted a search for responsive materials but could not locate any responsive records.

5.      We instituted proceedings to compel the production of documents against the following sellers, distributors, and/or installers in the United States District Courts for the Southern District of California, Central District of California, District of Colorado, and Eastern District of Pennsylvania:

        a.        Green Solar Technologies, Inc. (f/k/a "American Solar Solution, Inc.")

        b.        TMAG Industries, Inc. (d/b/a Stellar Solar Electric)

        c.        Clean Power Construction LLC

        d.        Shaw Solar & Energy Conservation LLC

        e.        Tri-M Group, LLC

6.        After instituting these proceedings, we received the names and contact information for potential class members from the following four entities, representing more than 971 Bosch Solar Panels:

        a.        TMAG Industries, Inc. (d/b/a Stellar Solar Electric).

        b.        Clean Power Construction LLC (which disclosed installation of all its modules in a single ground-mounted commercial installation).

        c.        Shaw Solar & Energy Conservation LLC.

        d.        Tri-M Group, LLC (which disclosed a single purchaser of 338 Bosch Solar Panels).

7.        The United States District Court for the Central District of California, Sothern Division issued an order on January 17, 2012 compelling Green Solar Technologies, Inc. to produce documents on or before, January 31, 2013. Following receipt of this order, Green Solar Technologies, Inc. agreed to search for responsive documents but advised that, after conducting a search, it could not locate any responsive documents.

8.        In addition to the thirteen entities that we successfully served, we attempted but were ultimately unable to serve four entities, representing 213 Bosch Solar Panels, after taking the following steps:

        a.        Applied Solar Energy Solutions (36 Panels). This entity is not registered with any Secretary of State. We first attempted service on the address listed online and on its LinkedIn profile. The current occupant advised the process server that they did not know Applied Solar Energy Solutions. We issued a second subpoena to the person listed on LinkedIn as the company's CEO and President, David A. Donnelly. The process server attempted service on two occasions, but on both occasions the occupant of this address stated that David Donnelly was out of town and that she was not authorized to accept service.

      b.      Gen819, Inc. (f/k/a "Maedl Solar") (130 Panels). We attempted service at the address for Gen819's registered agent. The process server spoke with the current occupant, who stated that he did not know Gen819 or its registered agent. We emailed Gen819 at an email address listed on its website (sales@gen819.com) and attached a letter notifying Gen819 of the Subpoena, but received no response.

      c.      Sunpro Solar, Inc. (44 Panels). We attempted service at the address listed on Sunpro Solar Inc.'s website, but the process server found the location to be empty. We then attempted service at its registered agent's address, but received a notice of rejected service from the registered agent stating that the registered agent no longer represents Sunpro Solar, Inc.

      d.      Active Solar, Inc. (3 Panels). We attempted service on Active Solar's registered agent, but the registered agent told the process server that they are no longer the registered agent for Active Solar Inc., and could not accept service on their behalf. We then attempted service on the owner of Active Solar, Inc., Christopher James, but after numerous attempts of service, the process server was unable to make contact with anyone at the property. We spoke to the owner on the telephone and he agreed to search for documents, however, he never produced documents nor responded to our further inquiries. We set multiple follow-up emails and never received a response.

9. In total, we obtained the names and contact information for potential class members representing more than 2,010 Bosch Solar Panels. This information was provided to the Notice Provider, along with the names and addresses of 90 persons who were identified during the Recall but who did not respond to prior notice provided to them; Bosch Solar believes that these individuals may have purchased up to 2,230 Bosch Solar Panels.

/ / /

/ / /

/ / /

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 23th day of March, 2023.

By: /s/ *Joseph C. Wylie*
Joseph C. Wylie